TERREBONNE PARISH CONSOLIDATED GOVERNMENT

v.

Henry J. RICHARD & Sharon F. Richard

NO. 2016-C-1237

Supreme Court of Louisiana.

October 17, 2016

Applying for Writ of Certiorari and/or Review, Parish of Terrebonne, 32nd Judi-

cial District Court Div. A, No. 166,735; to the Court of Appeal, First Circuit, No. 2015 CA 0728;

Denied.